UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ricardo Mayfield,
    Plaintiff

v.                        Case No.  1:12-cv-229

Kaiser Pickles, LLC,
    Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed May 6, 2013 (Doc. 45).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's motion for leave to proceed *in forma pauperis* on appeal is **DENIED**. Plaintiff remains free to apply to the Sixth Circuit Court of Appeals for leave to proceed as a pauper on appeal.

Date: May 29, 2013                     s/Sandra S. Beckwith
                                                Sandra S. Beckwith, Senior Judge
                                                United States District Court